# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Jianqun Zhang,

Plaintiff(s),

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Uncorporated Associates Identified on Schedule "A",

Defendant(s).

Case No. 25 C 10737
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed for lack of personal jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date: 12/19/2025

Thomas G. Bruton, Clerk of Court

Melissa Astell, Deputy Clerk